appeal to the Court of Appeals denied. Present — Sears, P. J., Crouch, Edgcomb, Thompson and Crosby, JJ.

GRACE A. KILMER, Respondent, v. NEW YORK TELEPHONE COMPANY, Appellant. — Motion for reargument denied, with ten dollars costs. Motion for leave to appeal to the Court of Appeals denied. Present — Sears, P. J., Crouch, Taylor, Thompson and Crosby, JJ.

RAY KILMER, Appellant, Respondent, v. NEW YORK TELEPHONE COMPANY, Appellant.— Motion for reargument denied, with ten dollars costs. Motion for leave to appeal to the Court of Appeals denied. Present — Sears, P. J., Crouch, Taylor, Thompson and Crosby, JJ.

NEW YORK STATE RAILWAYS, Respondent, v. SECURITY TRUST COMPANY OF ROCHESTER, as Trustee under a Certain Indenture of Mortgage, etc., Appellant, Impleaded with Others, Defendants.— Motion for reargument denied. Motion for leave to appeal to Court of Appeals granted. Present — Sears, P. J., Crouch, Taylor, Thompson and Crosby, JJ.

GEORGE ATKINSON, Respondent, v. FRANK H. FALLS and Others, Appellants. — Motion for leave to appeal to Court of Appeals denied, with ten dollars costs. Present — Sears, P. J., Taylor, Edgcomb, Thompson and Crosby, JJ.

SARA V. MURPHY, Respondent, v. UNION CENTRAL LIFE INSURANCE COMPANY, Appellant.— Motion for leave to appeal to Court of Appeals denied, with ten dollars costs. Present — Sears, P. J., Taylor, Edgcomb, Thompson and Crosby, JJ.

FRANCIS J. O'BRIEN, Respondent, v. MASSACHUSETTS ACCIDENT COMPANY, Appellant.— Motion for leave to appeal to Court of Appeals denied, with ten dollars costs. Present — Sears, P. J., Crouch, Taylor, Edgcomb and Thompson, JJ.

MIKE SIKICH, Appellant, v. CLARENCE PECK, Respondent.—Appeal dismissed, without costs, upon stipulation filed. Present — Sears, P. J., Crouch, Taylor, Edgcomb and Thompson, JJ.

THE PEOPLE OF THE STATE OF NEW YORK, Respondent, v. LYMAN S. MOORE, Appellant.— Time for argument of the appeal enlarged to and including March 17, 1930. Present — Sears, P. J., Crouch, Taylor, Edgcomb and Crosby, JJ.

ALEXANDER CHATELLE, Respondent, v. WILLIAM CANNON and Another, Appellants.— Appeal dismissed unless ready for argument on April 29, 1930. Present — Sears, P. J., Crouch, Taylor, Edgcomb and Crosby, JJ.

FRED A. QUIRK, as Trustee in Bankruptcy of CHARLES H. CUNNINGHAM, Bankrupt, Appellant, v. HOWE & ROGERS COMPANY and Others, Respondents.— Motion granted and appeal dismissed. Present — Sears, P. J., Crouch, Taylor, Edgcomb and Crosby, JJ.

MOLLIE L. DESBECKER, Appellant, v. INTERNATIONAL RAILWAY COMPANY, Respondent.—Appeal dismissed, without costs, upon stipulation filed. Present — Sears, P. J., Crouch, Taylor, Edgcomb and Thompson, JJ.

RAY H. BRAINARD, Plaintiff, v. FOREST J. BRAINARD, Defendant.—Appeal dismissed, without costs, upon stipulation filed. Present — Sears, P. J., Crouch, Taylor, Edgcomb and Thompson, JJ.

HARRIETTE J. KUEHNLING, Appellant, v. FRANK SEAMAN, Respondent.— Judgment reversed on the facts and a new trial granted, with costs to appellant to abide the event, upon the ground that the verdict was contrary to the weight of the evidence, both as to the negligence of the defendant and as to the contributory negligence of the plaintiff. All concur, except Thompson, J., who dissents and

votes for affirmance. Present — Sears, P. J., Crouch, Taylor, Thompson and Crosby, JJ.

E. Maude Jones, Appellant, v. Frank Seaman, Respondent.— Judgment reversed on the facts and a new trial granted, with costs to appellant to abide the event, upon the ground that the verdict was contrary to the weight of the evidence, both as to the negligence of the defendant and as to the contributory negligence of the plaintiff. All concur, except Thompson, J., who dissents and votes for affirmance. Present — Sears, P. J., Crouch, Taylor, Thompson and Crosby, JJ.

Ida A. Jones, Appellant, v. Frank Seaman, Respondent.— Judgment reversed on the facts and a new trial granted, with costs to appellant to abide the event, upon the ground that the verdict was contrary to the weight of the evidence, both as to the negligence of the defendant and as to the contributory negligence of the plaintiff. All concur, except Thompson, J., who dissents and votes for affirmance. Present — Sears, P. J., Crouch, Taylor, Thompson and Crosby, JJ.

Gertrude M. Jones, Appellant, v. Frank Seaman, Respondent.— Judgment reversed on the facts and a new trial granted, with costs to appellant to abide the event, upon the ground that the verdict was contrary to the weight of the evidence, both as to the negligence of the defendant and as to the contributory negligence of the plaintiff. All concur, except Thompson, J.; who dissents and votes for affirmance. Present — Sears, P. J., Crouch, Taylor, Thompson and Crosby, JJ.

Clarence H. Jones, Appellant, v. Frank Seaman, Respondent.— Judgment affirmed, with costs. All concur. Present — Sears, P. J., Crouch, Taylor, Thompson and Crosby, JJ.

James P. Martin, Respondent, v. Charles W. MacWilliams, Defendant, and Earl MacWilliams and Another, Appellants.— Judgment and order affirmed, with costs. All concur. Present — Sears, P. J., Crouch, Edgcomb, Thompson and Crosby, JJ.

Catherine Martin, Respondent, v. Charles W. MacWilliams, Defendant, and Earl MacWilliams and Another, Appellants.— Judgment and order affirmed, with costs. All concur. Present — Sears, P. J., Crouch, Edgcomb, Thompson and Crosby, JJ.

Lewis Dunbar, Respondent, v. City of Oswego, Appellant.— Judgment and order affirmed, with costs. All concur. Present — Sears, P. J., Crouch, Taylor, Thompson and Crosby, JJ.

Ethel Dunbar, Respondent, v. City of Oswego, Appellant.— Judgment and order affirmed, with costs. All concur. Present — Sears, P. J., Crouch, Taylor, Thompson and Crosby, JJ.

Dewitt C. Simpson, Respondent; v. Charles Chittenden and Another, Appellants.— Judgment and order affirmed, with costs. All concur. Present — Sears, P. J., Crouch, Taylor, Thompson and Crosby, JJ.

Charles Diebold, Jr., as Administrator, etc., of Stanley Carr, Deceased, Respondent, v. Mary Krohn, Appellant, Impleaded with Others, Defendants.— Order affirmed, with ten dollars costs and disbursements. All concur. Present — Sears, P. J., Crouch, Taylor, Edgcomb and Crosby, JJ.

Philip R. Burrill, Respondent, v. The State of New York, Appellant. (Claim No. 18570.) — Judgment reversed on the law and facts, with costs, and claim dismissed, with costs. Certain findings of fact and conclusions of law dis-